The People of the State of New York, Respondent,
against
Ronald Davenport, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Guy H. Mitchell, J.), rendered May 5, 2016, convicting him, upon a plea of guilty, of criminal possession of marijuana in the fifth degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Guy H. Mitchell, J.), rendered May 5, 2016, affirmed.
The accusatory instrument charging defendant with criminal possession of marijuana in the fifth degree (see Penal Law § 221.10[1]) was not jurisdictionally defective. The deponent police officer's allegations that he observed the defendant "on a sidewalk," at "the north east corner of Crosby Street and Broome Street," holding "one cigarette containing marijuana," and that the officer took the cigarette "from the defendant's right hand," were sufficient for pleading purposes to establish the public place element of the charged offense (see Penal Law § 240.00; People v Afilal, 26 NY3d 1050 [2015]) and that the marijuana was "open to public view" (Penal Law § 221.10; see People v Jackson, 18 NY3d 738 [2012]; Matter of Kawon W., 127 AD3d 668 [2015]; Matter of Michael I., 309 AD2d 598 [2003], lv denied 1 NY3d 508 [2004]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: December 12, 2017